IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALBERTO MORENO-DIAL, | § |
| Petitioner, | § |
| v. | § CAUSE NO. EP-26-CV-381-KC |
| KRISTI NOEM et al., | § |
| Respondents. | § |

# ORDER

On this day, the Court considered the case. On February 9, 2026, Alberto Moreno-Dial filed a Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1. Moreno-Dial alleged that Respondents were refusing to accept payment of a bond that had been set by an Immigration Judge. *See id.* ¶¶ 5, 7. On February 10, the Court ordered Respondents to file notice of whether Moreno-Dial had been permitted to post bond and released from custody, and if not released, show cause why the Court should not order Moreno-Dial's immediate release. Feb. 10, 2026, Order 3, ECF No. 3.

Respondents now inform the Court that, "Petitioner posted bond on February 16, 2026, and [was] released from ICE custody." Notice ¶ 2, ECF No. 4; *see id.* Ex. A ("Form I-830E"), ECF No. 4-1.

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Moreno-Dial has now been released from ICE custody, the Petition is moot. *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.  To the extent Moreno-Dial wishes to seek additional relief from the Court, he may file a motion to reopen.

**IT IS FURTHER ORDERED** that all deadlines in this case are **VACATED**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 19th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE